# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> CAMPBELL PLAZA DEVELOPMENT CO., <br><br> Defendant. | Case No. 18-cv-05878-SVK <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

On May 17, 2019, Plaintiff reported that this case had settled as to damages only and that Plaintiff would proceed via noticed motion as to attorney's fees and costs. Dkt. 17. Plaintiff subsequently filed a motion for attorney's fees and costs, and the Court issued an order disposing of that motion on September 27, 2019. Dkt. 26.

By **November 7, 2019**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **November 12, 2019 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **November 8, 2019**, advising as to (1) the status of the parties' efforts to finalize dismissal, and (2) how much additional time, if any, is requested to file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: October 24, 2019

SUSAN VAN KEULEN
United States Magistrate Judge